No. 04–5371.  COMBS v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 04–5373.  ZOCHLINSKI v. HANDY ET AL.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 04–5375.  WILLIAMS v. RUSHTON, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–5376.  TUCKER v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–5377.  VILLEGAS v. CALIFORNIA.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 04–5378.  WELLS v. JOHNSON, JUDGE, JUVENILE COURT OF LOUISIANA, EAST BATON ROUGE PARISH.  Ct. App. La., 1st Cir.  Certiorari denied.

No. 04–5379.  WASKO v. GONZALES.  Ct. App. N. M.  Certiorari denied.

No. 04–5380.  WYNTER v. BURGE, SUPERINTENDENT, AUBURN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 04–5381.  WATSON v. CAIN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 04–5382.  VOELKER v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 04–5383.  WAHAB v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 04–5384.  ROBERTS v. UNIVERSITY OF PENNSYLVANIA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 04–5385.  WRIGHT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–5387.  OWENS v. MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF CHILDREN'S SERVICES, ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 04–5389.  MUNGUIA-SANCHEZ, AKA MANGUIA-SANCHEZ, AKA SANCHEZ v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.